In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-02-522 CV


____________________



IN THE INTEREST OF L.A.G.






On Appeal from the 317th District Court


Jefferson County, Texas


Trial Cause No. C-155,974






MEMORANDUM OPINION (1)


 On February 6, 2003, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why he needed additional time for filing the record. Appellant did not respond. 
The appellant is not entitled to proceed without payment of costs. Tex. R. App. P. 20. 
There being no satisfactory explanation for the failure to timely file the record, the appeal
is dismissed for want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against
appellant.

 APPEAL DISMISSED. 

 PER CURIAM


Opinion Delivered March 27, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.